Decided January 14, 2010

## STATE OF CONNECTICUT *v.* VICTOR AYALA

The defendant's petition for certification for appeal from the Appellate Court, 118 Conn. App. 901 (AC 30535), is denied.

*Thomas M. Conroy*, special public defender, in support of the petition.

*Richard K. Greenalch, Jr.*, special deputy assistant state's attorney, in opposition.

Decided January 14, 2010

The defendant's petition for certification for appeal from the Appellate Court (AC 30518) is denied.

Decided January 14, 2010